UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 24 CR 79
v. )
) Honorable Matthew F. Kennelly
KENNETH T. WILSON )

## STATUS REPORT

The government submits the following status report:

1.      On March 11, 2025, the United States Probation Office for the Northern District of Illinois filed a Special Report alleging certain supervised release violations committed by defendant Kenneth Wilson, which were in part based on a pending state court criminal case, case number 25500063301, against Wilson following his arrest on February 24, 2025.

2.      This Court ordered that the government file a status report on the earlier of two dates: May 28, 2026 or seven days after the conclusion of defendant's state case. Dkt. 26.

1

3. The state criminal case against Wilson remains pending as of the date of this report. Counsel for the government conferred with the Probation Officer, who advised that a bench trial is scheduled for June 25, 2026 in the state case.

DATE: May 28, 2026

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: _/s/ Edward A. Liva, Jr._
Edward A. Liva, Jr.
Assistant United States Attorney
Northern District of Illinois
219 South Dearborn St., Suite 500
Chicago, IL 60604

2